6/5/2020

ELT Printout without Account Information



Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

| | |
|---|---|
| **ELT Lien ID** | 48411290 |
| **Lienholder** | CARVANA LLC |
| **Lienholder Address** | PO BOX 29002 |
| | PHOENIX, AZ 850389002 |
| **Lien Release Date** | |

| | | | |
|---|---|---|---|
| **VIN** | 3MZBN1V31JM209083 | **Issuance Date** | 5/29/2020 |
| **Title Number** | 2355200664016 | **Received Date** | 5/29/2020 |
| **Title State** | NC | **ELT/Paper** | ELECTRONIC |
| **Year** | 2018 | **Odometer Reading** | 0 |
| **Make** | MAZD | **Branding** | |
| **Model** | | | |
| **Owner 1** | BRANDY DAWN LOWRY | | |
| **Owner 2** | | | |
| **Owner Address** | 99 EDWARD WADE LN | | |
| | HENDERSON, NC 275377776 | | |

Printed: Friday, June 05, 2020 11:21:59 AM PST

EXHIBIT – B –