**SO ORDERED.**

**SIGNED this 14th day of April, 2021.**

*Lena Mansori James*
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE



# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

| | |
|---|---|
| **IN RE:** | Case No: B-20-80130 C-13D |
| **BRANDY D. LOWRY,** | |
| Debtor. | |
| | |
| RICHARD M. HUTSON, II, Trustee | |
| **Plaintiff** | |
| v. | Adversary Proceeding Number 20-09009 |
| CARVANA, LLC, | |
| **Defendant** | |

## ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT

On April 8, 2021, a telephonic hearing was held on the Plaintiff's Motion for approval of a Settlement Agreement, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, of the Trustee's alleged claim for avoidance of a post-petition lien pursuant to 11 U.S.C. §549 in favor of Carvana, LLC ("Carvana"). At the hearing, Richard M. Hutson II, Esq. the Standing Trustee appeared and Ryan Srnik, Esq. appeared on behalf of Carvana. No other party appeared or objected to the Motion. The Court, after considering the Motion and having heard and considered the statements of counsel and the Trustee, finds that all interested parties have been properly noticed and the terms of the settlement are fair and reasonable; therefore, it is

ORDERED the Motion by the Plaintiff is granted and the settlement is approved in accordance with the terms set forth in the Motion and the Plaintiff shall submit a consent judgment for entry by the Court.

END OF DOCUMENT

2

PARTIES TO BE SERVED
20-09009

| | |
|---|---|
| Donald D. Pergerson, Esq.<br>Attorney for Debtor | CM/ECF electronic mail |
| William P. Miller, Esq.<br>U.S. Bankruptcy Administrator | CM/ECF electronic mail |
| Neil Jonas, Esq.<br>8757 Red Oak Blvd., Ste. 150<br>Charlotte, NC 28217 | neil.jonas@brockandscott.com |
| Carvana, LLC<br>Attn: Managing Agent / Officer<br>P O Box 29018<br>Phoenix, AZ 85038 | Carvana, LLC<br>Attn: Managing Agent / Officer<br>1930 W. Rio Salado Pkwy.<br>Tempe, AZ 85281 |
| Ryan Srnik, Esq.<br>4700 Falls of Neuse Road<br>Suite 350<br>Raleigh, NC 27609 | ncbkr@brockandscott.com |